UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-2
MARCH 13, 2018 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-00049
18 U.S.C. § 2115

JOSHUA TRAVIS HANSHAW

# INDICTMENT

The Grand Jury Charges:

On or about December 26, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA TRAVIS HANSHAW did forcibly break into the Charleston Main Post Office with intent to commit in such post office a larceny and other depredation, that is, the taking and carrying away of at least 16 pieces of United States mail, five packages, and at least seven Official 2017 White House Christmas ornaments.

In violation of Title 18, United States Code, Section 2115.

MICHAEL B. STUART
United States Attorney

By: _____
ERIC P. BACAJ
Assistant United States Attorney